AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Sandra R., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:25-cv-1442 |
| Commissioner of Social Security, | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  The Cout SUSTAINS Plaintiff's Statement of Errors (Doc. 10), REVERSES the Commissioner of Social Security's nondiability finding, and REMANDS this case to the Commissioner and the ALJ under Sentence Four of § 405(g).

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Kimberly A. Jolson _____ on a Motion for Statment of Errors _____

Date: _____ 06/26/2026 _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*